## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Craig K Gross                                     CHAPTER 13
       Kenyetta Gross

            Debtor(s)                            BKY. NO. 23-12895 PMM


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.


                 Respectfully submitted,


/s/ *Matthew Fissel*

Matthew Fissel
10 Mar 2026, 09:42:57, EDT


       KML Law Group, P.C.
       701 Market Street, Suite 5000
       Philadelphia, PA 19106-1532
       (215) 627-1322

Document ID: a418cb62b66efb1b7ee810500e007e9319f472e86f0ff30da3c089d88ad8c58d